UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAMES HOWARD SHAUL,

        Petitioner,           Case No. 1:21-cv-1010

v.                              Honorable Phillip J. Green

MATT MACAULEY,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: December 30, 2021        /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge